J. EDWARD FARNUM et al., respondents,

*v.*

PENNSYLVANIA COMPANY FOR INSURANCE ON LIVES, &c., appellant.

[Decided July 13th, 1917.]

On appeal from a decree of the court of chancery reported in *87 N. J. Eq. 108.*

*Messrs. McDermott & Enright,* for the respondents.

*Messrs. Grey & Archer,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, TAYLOR, GARDNER—13.

*For reversal*—None.